

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00128-CV

Ruth Villarreal, Individually and Ruth Villarreal Insurance, LLC
v.
Albert Trevino, Individually and d/b/a Bob Trevino Insurance Agency

On appeal from the
92nd District Court of Hidalgo County, Texas
Trial Cause No. C-0542-13-A

## JUDGMENT

This Court's judgment issued on July 25, 2019, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its order. Costs of the appeal are borne by the party incurring same.

We further order this decision certified below for observance.

September 11, 2019